# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information related to the Dropbox account associated with email a.a.customcornhole@gmail.com

Case No. 1:19mj326

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information related to the Dropbox account associated with email a.a.customcornhole@gmail.com stored at premises owned, maintained, controlled or operated by Dropbox, Inc. as further described in Attachment A.

located in the Northern District of California, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of, instrumentalities used in committing, and fruits of the crimes of 18 U.S.C. Sections 2252A(a)(2)(A) and 2252A(a)(5)(B) as further described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt/Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: ___________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Tyson J. Hanish, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/30/19

[signature]
*Judge's signature*

City and state: Greensboro, North Carolina

L. Patrick Auld, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to records and other information related to the Dropbox account associated with username and/or a.a.customcornhole@gmail.com which are stored at any premises owned, maintained, controlled, or operated by Dropbox, Inc., a company headquartered at 185 Berry Street, San Francisco, California 94107.

## ATTACHMENT B

## Particular Things to be Seized

### I. Information to be Disclosed by Dropbox Inc.

To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox Inc., including any information that has been deleted but is still available to Dropbox Inc., or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox Inc. is required to disclose the following information to the government for each account listed in Attachment A:

a. All files stored and presently contained in, or on behalf of, the account;

b. All transactional information of all activity of the account , including log files revealing the upload, access, and deletion of files, creation or elimination of folder structure, logs reflecting information regarding access to the account, and IP address logs (e.g. IP address, port, date, time, and time zone);

c. All information of any and all activity for any hyperlinks or other access shared by the account, to include the file path of the contents, the creation date of the hyperlink, the hyperlink expiration date, the content made accessible via the hyperlink, all user settings established for the hyperlink, information revealing identifiers (e.g. IP address) of the individuals who accessed the hyperlinks and time of access.

d. All business records and subscriber information, in any form kept, pertaining to the individual account, including subscribers' registration details, full names, addresses, billing addresses, shipping addresses, date account was opened, length of service, the types of service utilized, ESN (Electronic Serial Number) or other unique identifier for the device(s) associated with the account, Social Security number, date of birth, telephone numbers, purchase history, email and password records, and other identifiers or records associated with the account;

e. All payment information, including dates and times of payments and means and source of payment (including any credit or bank account number.

f. Any and all communications between Dropbox, Inc. and the subscribers of the account.

**<u>The Provider is hereby ordered to disclose the above information to the government within FOURTEEN DAYS of service of this warrant.</u>**

## II. Information to be Seized by the Government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 2252A(a)(5)(B) and (a)(2)(A) by the user(s) of the account identified on Attachment A, in the form of the following:

a) records and information constituting child pornography, as defined in 18 U.S.C. 2256(8);

b) records and information constituting child erotica;

c) records and information revealing access to and/or trafficking of child pornography and identity of those participating, to include information about specific transactions and instances of access.

d) records and information revealing the sexual exploitation of or sexual interest in any minor;

e) records and information constituting or revealing the identity and age of any minor victim;

f) transactional and location information pertaining to any items authorized to be seized under this section (Section II), including log files revealing the upload, access, and deletion of files, creation or elimination of folder structure, and information reflecting access;

g) records and information constituting or revealing participation in groups or communication with others that provide or make accessible child pornography; and

h) Records revealing or indicating who created and accessed the Dropbox account identified in Attachment A, including records revealing subscriber information, IP addresses, mobile devices used, and methods of payment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data).

Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, Dropbox, Inc. shall disclose the responsive data by sending it to the below listed contact.

Special Agent Tyson J. Hanish

FBI Child Exploitation Taskforce

110 Pinedale Springs Way

Cary, NC 27519

Office: 919-380-4574

Email: tjhanish@fbi.gov

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Tyson J. Hanish of the Federal Bureau of Investigation (FBI), a Division of the United States Department of Justice located in Washington D.C., assigned to the FBI Charlotte Division, Raleigh Resident Agency, make the following statement in support of a request for a search warrant:

## INTRODUCTION

1. I make this affidavit in support of an application for a warrant to search material related to the Dropbox account associated with Dropbox username a.a.customcornhole@gmail.com that is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc., a company headquartered at 185 Berry Street, San Francisco, California 94107. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Dropbox, Inc. to disclose to the government records and other information in its possession, pertaining to the Dropbox account associated with a.a.customcornhole@gmail.com (hereafter 'SUBJECT ACCOUNT").

2. I am investigating Brian Robert ACKERMAN (hereafter ACKERMAN) for distribution, receipt, and possession of child pornography and I have probable cause to believe that contraband and evidence of a crime,

fruits of a crime, and instrumentalities of violations of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B) are located within the SUBJECT ACCOUNT.

3. The statements in this affidavit are based in part on my personal knowledge and observation, my training and experience, information provided by other FBI personnel, and information provided by other law enforcement agencies, including the Orange County Sheriff's Department. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B) are presently located within the SUBJECT ACCOUNT.

**AFFIANT BACKGROUND**

4. I have been employed as a Special Agent with the FBI since 2016. I am currently assigned to Child Exploitation Task Force and I am responsible for conducting investigations of potential violations of federal criminal laws. During my career as an FBI Special Agent I have received training, investigated numerous violations, seized evidence and arrested persons for violations of federal criminal laws. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of

media including computer media. I have received training in the area of child pornography and child sexual exploitation as well as specialized instruction on how to conduct investigations of child sexual exploitation and child pornography crimes

5. In my capacity as a Special Agent of the FBI, your affiant is authorized to investigate violations of laws and to execute warrants issued under the authority of the United States.

## STATUTORY AUTHORITY

6. As noted above, this investigation concerns violations of the following statutes:

a. 18 U.S.C. § 2252A(a)(2)(A) prohibits a person from knowingly receiving or distributing child pornography, as defined in 18 U.S.C. § 2256(8), using any means and facility of interstate and foreign commerce, that has been mailed, or that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Attempts and conspiracies are also violations of this statute. 18 U.S.C. § 2252A(b)(1).

b. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, shipped or transported using any means or facility of

interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. Attempts and conspiracies are also violations of this statute. 18 U.S.C. § 2252A(b)(2).

**DROPBOX**

7. Dropbox Inc. is a file hosting and sharing service operated by Dropbox Inc., which is headquartered in San Francisco, California and is an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Dropbox.com offers to its users cloud storage, file synchronization, personal cloud, and client software. Online storage mediums, such as Dropbox, make it possible for a user to access saved files without the requirement of storing said files on their own computer or other device. A Dropbox user can store digital files within a special folder on the user's computing device, and these files can be synchronized so the same folder with all the same digital content is accessible on each of the user's other computing devices which have the Dropbox application installed and synched with the user's account. Files placed in these folders may be accessed through the Dropbox website and through desktop and mobile device applications.

8.     Dropbox users can share access to their digital files with others by using the built in option to create URL hyperlinks to their Dropbox accounts ("links") and sending said links through email or social media accounts. Dropbox users can also allow others to upload and download digital files stored within specific shared folders in the user's account. Dropbox has desktop applications as well as mobile applications for Android, and iOS devices. Dropbox collects information like the user's name, email address, phone numbers, payment info, and physical address. Dropbox also collects IP addresses for the devices accessing the account, the type of browser, device used, as well as identifiers associated with the user's devices.

9.     In some cases, Dropbox account users will communicate directly with Dropbox about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Online storage providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

10.     Dropbox's Law Enforcement Handbook states "To identify an account, Dropbox typically requires the email address associated with the account. In some situations, Dropbox is able to identify a user by a sharing link created by that user."

## KIK MESSENGER

11.    Kik Messenger, also known as "Kik," is a popular free instant messenger application (app) for mobile devices (i.e. smart cell phones, tablets, iPods, etc.) from the Canadian company, Kik Interactive, which was founded in 2009. Kik is available on several mobile device platforms including, iOS, Android, and Windows Phone operating systems. The Kik application can be located through Google's, "Play Store," and Apples, "App Store." The Kik application utilizes the internet connection through the cellular data plan or through Wi-Fi, to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content transmitted by through the Kik application. Kik allows it's users to register a user account without providing a telephone number, and prevents users from being located on the service through any information other than their chosen unique Kik username.

12.    At the completion of the account registration, the user is allowed to start communicating with other Kik users. Searching for specific Kik users can only be performed using the Kik user's registered "username;" searches by phone number or email address cannot be performed. Entering the unique Kik username through the application's search field yields potential matches in which the user simply selects the Kik user to start communicating with that specific user.

## INVESTIGATION

13. On October 28, 2018, a report was filed with the Orange County Sheriff's Office (OCSO), incident report number 18-09755, in reference to Obscene Material. The reporting person, an individual subsequently determined to work as prostitute and to be a drug user, (the Woman) reported that she initially met a person known to her as "Brian Ackerman" via an online dating application. She met him in person in Efland, North Carolina on October 16, 2018. The Woman received a business card from the individual with his name, the business name of Tru Relief Roofing Express, an address of 302 E. Fort Macon St. Atlantic Beach, North Carolina 28512, an email address of briana.trurelief@gmail.com, and a phone number of 919-724-8227. The Woman reported that the individual told her that he lived in Durham, North Carolina. The Woman reported that, on October 28, 2018, she was texting the individual at 919-724-8227 and he asked her if she was into "taboo things." The individual then sent her pornographic images and videos that he claimed were of children and appeared to depict children. The woman had no further contact with the individual and promptly made a report with the sheriff's office. The woman provided investigators with the business card that she received from the individual and the phone she had used to communicate with the individual. The woman had saved the individual in her phone under the contact name "Money Brian Durham Roof."

14. Investigators observed text messages on the Woman's phone between her and 919-724-8227 labeled "Money Brian Durham Roof." The traditional text message conversation was as follows.

<u>October 16, 2018</u>

| | |
|---|---|
| *Woman:* | *5103 west ten rd efland nc* |
| *Woman:* | *Did u get the address* |
| 919 724-8227: | Yep I'm on my way |
| *Woman:* | *Ok babe im get in n wash my pussy even thou i already played w myself ehen i woke up n my fibgers smell so good but its the make up* |
| *Woman:* | *Look like i got 2 black eyes* |
| 919 724-8227: | LOL OK, no need to wear any panties... |
| *Woman:* | *My power rangers shirt lmao* 😝 |
| 919 724-8227: | Or if you just want to wear a dress... |
| *Woman:* | *Ok i can wear a dress* |
| 919 724-8227: | Easier access LOL |
| *Woman:* | *I can't give the dress ughhhh* |
| *Woman:* | *Call when u close* |
| 919 724-8227: | I |
| 919 724-8227: | Ok |
| *Woman:* | *How long do ur gos say* |
| *Woman:* | *GPS* |
| 919 724-8227: | 8 min |
| *Woman:* | *Ok cool I'm gonna start walking to u be by the school im in pink tank to and black* |
| 919 724-8227: | Lol ok |
| *Woman:* | *What car u in* |
| 919 724-8227: | Infinity |
| 919 724-8227: | [0:00 minute phone call] |
| 919 724-8227: | Where am I meeting you at? |

<u>October 28, 2018</u>

| | |
|---|---|
| *Woman:* | *Hey how u doing* |
| 919 724-8227: | Working in Durham wyd |
| *Woman:* | *Cool nothing home chillin no roomates today* |
| 919 724-8227: | Ahhh wish I wasn't working |
| 919 724-8227: | Did u get your car yet? |

*Woman:* *Me too*
*Woman:* *Tomorrow i pick it up did paperwork yesterday*
*Woman:* *Do u get any free time today*
919 724-8227: Ahhh
919 724-8227: No baby working till midnight maybe
919 724-8227: If I get out earlier I may be driving to the beach tonight...
*Woman:* *Oh sweet*
919 724-8227: Yeah... I may be doing something naughty...
*Woman:* *Hope u don't so i can see u tomorrow*
919 724-8227: Lol I have to be at the beach first thing in the morning
*Woman:* *Ok*
919 724-8227: Yeah
919 724-8227: Just wondering I can't remember if I asked but are you into any taboo things?
*Woman:* *Yes like what*
919 724-8227: Ummm family play or stuff like that?
*Woman:* *Ok cool*
919 724-8227: Do u like that?
919 724-8227: Or younger or maybe even having sex with a dog... anything taboo like that...
*Woman:* *Yes but i don't know any one to partake inn it myself but i watch videos*
919 724-8227: Oh really mmm all of it
919 724-8227: I love incest and would love to see a girl fucked by a dog in person
*Woman:* *Me too*
919 724-8227: And yes I watch videos as well
919 724-8227: Mmmm
919 724-8227: And I love really young videos
919 724-8227: Do u have any vids like that baby?
919 724-8227: [Attachment_fd7e05d3-9705-45c8-bdd4-ac21a16f3992.jpg: Cropped image of a nude prepubescent female reclined so as to lewdly display her genital area; there appears to be ejaculate on the child's genitals]
*Woman:* *No videos*
919 724-8227: Do u like that pic I sent u
*Woman:* *Yes*
919 724-8227: Mmm so u like really young as well
*Woman:* *Who is it*
919 724-8227: Some girl I was talking to online
919 724-8227: She's 11

919 724-8227: I have younger as well
*Woman: That thing don't look 11*
919 724-8227: Ok
*Woman: Send them*
919 724-8227: [Attachment_c84f3ba1-57a9-4bc3-952a-5b056c836704.jpg: Image of nude prepubescent blonde female child lying supine on green and white striped towel; the focus of the photo is of the child's genital and perianal area where there appears to be ejaculate]
919 724-8227: How about that
*Woman: Hey ass been stretched out huh*
919 724-8227: Lol you noticed that too
919 724-8227: Do u like that young
*Woman: Yeah*
919 724-8227: Mmmm
919 724-8227: I would have loved to be the one to stretch her ass out
*Woman: Mmm*
*Woman: Send more*
919 724-8227: Lol naughty girl
*Woman: Yes*
919 724-8227: Like that
919 724-8227: Have u ever played with a dog
*Woman: Yes*
919 724-8227: [Attachment_3d4f666d-41ec-464d-80ce-665685d476d2.mp4: 1 min 17 sec video of nude adult female having sex with a dog]
919 724-8227: Omg really
919 724-8227: What did u do
*Woman: It licked me when i was young*
919 724-8227: Mmmmm
919 724-8227: Nothing else
*Woman: Not till i was older*
*Woman: I did it once w one*
919 724-8227: Would u let a dog fuck u now?
919 724-8227: Mmmm
*Woman: No*
919 724-8227: Oh
919 724-8227: Would u
*Woman: Yeah*
919 724-8227: Good girl
919 724-8227: Why did u only do it once

*Woman:* *Yes*
919 724-8227: Lol
919 724-8227: Gotcha
919 724-8227: I had sex with my sister and cousin
919 724-8227: [Attachment_6790b5e7-83e4-4559-83ea-85a90b3858d7.mp4: 43 sec video of nude adult male attempting to penetrate a nude female toddler with his erect penis; male abuser then performs oral sex on the toddler]
919 724-8227: Nice
919 724-8227: I started fucking my sis when she was 8 and my cousin started fucking me when I was 11
919 724-8227: And tbh if I had kids I would probably play with them
919 724-8227: Do u like that last video
919 724-8227: Still there
919 724-8227: Did I scare u away
919 724-8227: [Attachment_56cb4fdc-c81e-4a3b-b011-7ba1361b857d.mp4: 25 sec video of nude adult female having sex with a dog]

15. On October 31, 2018, an FBI Online Covert Employee (OCE), who is a member of the FBI Child Exploitation Task Force in Salt Lake City, Utah, was connected to the Internet in an online undercover capacity. The OCE had posted numerous online bulletin messages on specific social media forums, which, based on the OCE's experience and information gathered from other sources, are websites frequented by individuals who have a sexual interest in children and incest. The bulletin messages were intended to attract individuals with a sexual interest in children. The OCE would respond to certain messages or post messages on these public forums and provide the OCE's Kik Messenger screenname.

16. On October 31, 2018, the OCE was contacted by Kik Messenger

user "brianecu32" with the display name “B A”. The chat conversation that unfolded thereafter follows:

| | |
|---|---|
| **brianecu32:** | **hey do you have sex with any family** |
| *OCE:* | *hey brian...i don't really know you yet let's just say it's a fantasy of mine* |
| **brianecu32:** | **sorry gotcha** |
| *OCE:* | *i have a 9 yr old dau. we are very close* |
| **brianecu32:** | **i have had sex with my sister and cousin in the past** |
| *OCE:* | *u?* |
| **brianecu32:** | **MMMM very nice** |
| *OCE:* | *sister? hot how old were you* |
| **brianecu32:** | **yes she is I started fucking her when she was 8, i was 11** |
| *OCE:* | *oh fuck. that is fantastic* |
| **brianecu32:** | **lol** |
| *OCE:* | *how long did you two fuck?* |
| **brianecu32:** | **My cousin caught us a few months late and he joined in into our 20's** |
| *OCE:* | *eyes wide you are a lucky man are you bi* |
| **brianecu32:** | **yes thanks to my cousin** |
| *OCE:* | *lol right?!* |
| **brianecu32:** | **he fucked me and we both suck eachother dick** |
| *OCE:* | *how old was your cousin* |
| **brianecu32:** | **12** |
| *OCE:* | *and you both fucked your sister? how'd he catch you?* |
| **brianecu32:** | **now i can't wait to have kids and a girl like u so we can play with them lol yes well he was staying over and me and sis were playing in my room when he walked in...we might of wanted get caught is he was riding me facing towards the door when he walked in *she was** |
| *OCE:* | *lol im gonna jack it, thinking about his tonight oh wow* |
| **brianecu32:** | **are u a male?** |
| *OCE:* | *you can't explain that one away yes 39 yr old* |
| **brianecu32:** | **ahhh are you a single dad the name threw me off** |
| *OCE:* | *yes, divorced* |
| **brianecu32:** | **does your daughter live with you only** |
| *OCE:* | *oh, yeah i try and not be identifiable on here no, i only* |

*we ever meet you could win her hear with that*

**brianecu32:** **ahhh**

*OCE:* *she is so giving too. sounds like we could take care of each other and my girl what a night that would be*

**brianecu32:** **mmmm I actually don't fuck guys though... i love getting fucked though**

*OCE:* *she likes to go slow, one at a time and give you all her attention*

**brianecu32:** **does she like you fucking other guys**

*OCE:* *perfect, i don't mind getting fucked, but i prefer giving*

**brianecu32:** **cool my cousin always fucked me i never could fit in him**

*OCE:* *she thinks it's hot. she has seen me with one of the guys that we met, and saw how hit it made me*

**brianecu32:** **mmmmm Very nice**

*OCE:* *are you big?*

**brianecu32:** **do you cum in her as well about 8"**

*OCE:* *that is big it's be great to get my hands on that. and watch my girl stroke you hard and lick you up and down*

**brianecu32:** **mmmmm yea is she still very tight how big are you**

*OCE:* *yes, i'm 6" so you would have to be slow and careful if you are thick*

**brianecu32:** **i so wish i could see her not too thick**

*OCE:* *sorry brother, no pics till i meet you in person i cherish her*

**brianecu32:** **understand**

*OCE:* *are you active with anyone now?*

**brianecu32:** **Yes my wife lol she has no clue and i do have a few other girls i play with**

*OCE:* *lol Yeah, that what i meant hahahaha Nice, how old?*

**brianecu32:** **yeah...one of them i'm fucking she is well...paralyzed from the chest down but still has feeling in her pussy and ass...and when i fuck her i always talk about taking advantage of her 11 year old daughter...and she likes hearing it**

*OCE:* *that is so fucking hot she likes hearing that? OMG that would make me explode in two seconds*

**brianecu32:** **exactly...i told her i was going to keep the door cracked so if she was to watch she could...i also told her she is a warm spot to put my cock bit i really wanted her daughter instead**

*OCE:* *lol you just might relive getting caught like before. That is hot. I bet you could fuck the daughter in front of the mom*

**brianecu32:** **i would if she came in not like she can move fast lol damn that's bad**

*OCE:* *No doubt she cant stp you*

**brianecu32:** **right**

*OCE:* *don't worry this is the place to say whatever do you have any videos*

**brianecu32:** **no not yet**

*OCE:* *do you ever travel? could you get out to Utah?*

**brianecu32:** **I gtg to an appointment i will be back on soon lol i travel all the time i do storm restoration**

*OCE:* *ok, perfect maybe get you out here or close*

**brianecu32:** **what city are you in**

*OCE:* *close to SLC*

**brianecu32:** **well if u have a hail storm there...i can stay there for a few months lol...be back in a bit**

*OCE:* *ha i'll see what i can do ok*

**brianecu32:** **I'm back for a little while..sure do wish you guys were closer, i would love to be inside her right now while sucking your cock...hello**

*OCE:* *hey there*

**brianecu32:** **hey how was last night**

*OCE:* *it was great. trick n treating then home for "desert"*

**brianecu32:** **What did u all do**

*OCE:* *she gave me a hand job i came all over her*

**brianecu32:** **nice**

*OCE:* *you like hearing that?*

**brianecu32:** **That's it?**

*OCE:* *Yes, that's what we did last night. her hands are fantastic. you should try*

**brianecu32:** **lol i would rather her suck me or me ducking her...fucking...i never came from a handjob only**

*OCE:* *both are great, she and i enjoy all experiences...really? wow. you would love that tight pussy then*

**brianecu32:** **of course do you have any other CP that's not her**

*OCE:* *Not right now, i'm careful. I get it and delete it quick when i get a pic or something i'll send it your way if you want*

**brianecu32:** **yes i would love it**

*OCE:* *cool will do do you have anything on hand?*

| | |
|---|---|
| **brianecu32:** | **[Image of an erect penis and a nude pubescent female with ejaculate on her face.]** |
| **brianecu32:** | **[Image of two pubescent females with ejaculate on their faces.]** |
| **brianecu32:** | **[Image of a prepubescent female with her panties pulled down thereby exposing her vagina.]** |
| **brianecu32:** | **[Image of an adult female in a bra and panty set. The adult female is in the process of taking the bra off.]** |
| **brianecu32:** | **[Image of a nude prepubescent female exposing her breasts.]** |
| **brianecu32:** | **[Image of an adult male vaginally penetrating a prepubescent female with his erect penis.]** |
| **brianecu32:** | **There is a few** |
| *OCE:* | *Shit brother, you have the goods. Thanks i will def return the favor* |
| **brianecu32:** | **thanks** |

17. The FBI sent a subpoena to KIK for subscriber data for this account. The Kik subscriber data revealed the following:

a. FIRST NAME: B

b. LAST NAME: A

c. EMAIL: a.a.customcornhole@gmail.com (confirmed)

d. USERNAME: brianecu32

e. REGISTRATION DEVICE: iphone

18. The FBI researched the email address of "a.a.customcornhole@gmail.com" and determined it was connected to a Facebook page at https://www.facebook.com/AAcornhole. The Facebook profile had a post from 2015 listing the contact number for the business as 919-724-8227 and the website as www.AACustomCornhole.com. Open source research

of the website revealed that it is no longer valid, but has previously been linked to reviews by customers who reference "Brian" and a business address of 3612 Portico Ln, Durham, North Carolina 27703.

19. According to Durham County real estate, property tax information, and recorded deeds, the owner of record of 3612 Portico Ln, Durham, North Carolina 27703 is Angela Whitt. The property was bought on July 21, 2018 according to the deed recorded in Durham County.

20. According to North Carolina Division of Motor Vehicles (DMV) databases, Brian Robert ACKERMAN, DOB: 06/08/1981, NC driver license number 25332529, home address 3612 Portico Ln, Durham, North Carolina was issued his most recent North Carolina license on May 26, 2011. The driver license photo of Brian Robert ACKERMAN, was the same individual pictured in the profile picture associated with the Kik Messenger user brianecu32.

21. Open source information further revealed that Brian ACKERMAN attended Eastern Carolina University and had a home based business producing customized cornhole boards, vehicle graphic wraps, and signs.

22. Angela Whitt Ackerman, home address 3612 Portico Ln, Durham North Carolina, was issued her most recent North Carolina license on February 5, 2013.

23. On January 24, 2019, the FBI Child Exploitation Task Force assisted the Durham Police Department with the execution of search warrant

at 3612 Portico Lane Durham, North Carolina 27703. Investigators spoke with ACKERMAN's wife. She explained that ACKERMAN owned a business called "Southern Storm Restoration" and that he stayed at 121 Jenny Lane Havelock, North Carolina 28532 during the week for work. She believed that he was currently using an iPhone 8 mobile phone.

24. On January 25, 2019, investigators with the Durham Police Department and FBI Child Exploitation Task Force executed a search warrant at ACKERMAN's Havelock, North Carolina residence. Investigators seized multiple electronic devices, including ACKERMAN's black iPhone 8.

25. Prior to and during the execution of the warrant, I interviewed ACKERMAN in the garage. Among other statements, ACKERMAN confirmed his phone number as (919) 724-8227 and his email as a.a.customcornhole@gmail.com. ACKERMAN denied having a cloud storage account such as Dropbox. Initially, ACKERMAN claimed that he never downloaded or distributed child pornography. When asked, he declined to consent to a search of his iPhone 8. Investigators informed ACKERMAN that they had a warrant to search his residence, vehicles, and person. SA Hanish showed ACKERMAN a picture of the Orange County woman referred to above. ACKERMAN denied ever meeting her. SA Hanish then summarized the text messages recovered from the woman's phone. ACKERMAN admitted that he arranged a sexual rendezvous with the woman but claimed, once he met her,

that he declined to engage in any sex acts. ACKERMAN acknowledged that he sent the woman child pornography and confessed to possessing child pornography. He stated that he has never sexually abused a minor and that any chats indicating the contrary were simply fantasy. ACKERMAN identified his Kik Messenger username as brianecu32. He refused to provide the password to his iPhone 8.

26. ACKERMAN was arrested pursuant to an arrest warrant previously obtained by the Durham Police Department.

27. A forensic review of ACKERMAN's iPhone8 revealed that device's name is Brian's Phone and the phone number is 919-724-8227. The phone contained a Dropbox Application database associated with email address a.a.customcornhole@gmail.com. At the conclusion of parsing the Dropbox Application database, a file structure with folders and thumbnail images of pictures and videos was identified. The database included thumbnail images depicting pre-pubescent children engaging in sexual activity and lewdly displaying their genitalia. One image observed in the data is as follows:

> A cropped image file from the Jan_Feb known victim series depicting a nude adult male abuser and a six year old female victim. The image depicts the six year old female victim laying on a bed with Pokémon sheets, her dress is pulled up exposing her nude torso and her legs are

spread lewdly displaying her genitalia. The nude adult male abuser is in front of the child with his erect penis. There is ejaculate on the six year old female victim's genitals.

I am presently aware of sixteen (16) thumbnail images of child pornography videos and twenty-seven (27) thumbnail images of child pornography pictures located on the iPhone 8. Based on my training and experience and conversations with those skilled in the forensic analysis of phones, I know that the existence of thumbnail images in a Dropbox database indicates that the full-sized content is/was stored within the Dropbox account's infrastructure.

28. Forensic analysis of the Iphone8 also revealed location data that indicates that the user of the phone, ACKERMAN, was in Durham County, North Carolina on October 28, 2018 and the Eastern District of North Carolina on October 31, 2018.

29. The last several text messages sent by 919 724-8227 from the above-described traditional text chat with the Orange County Woman were also observed on ACKERMAN's iPhone 8.

**INFORMATION REGARDING INFORMATION TO BE SEIZED**

30. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Dropbox Inc., to disclose to

the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment A. Upon receipt of the information described in Section I of Attachment A, government-authorized persons will review that information to locate the items described in Section II of Attachment A.

31. Because the warrant will be served on Dropbox Inc., who will then compile the requested records at a time convenient to Dropbox Inc., reasonable cause exists to support execution of the requested warrant at any time day or night.

## CONCLUSION

32. Based on the forgoing, I request that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States ... that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Tyson J. Hanish
Special Agent
Federal Bureau of Investigation


Sworn and subscribed before me this 30th day of September, 2019.

L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina